SOCIETY FOR ANIMAL RIGHTS, INC., v.
THE TWP. OF MAHWAH.

July 20, 1977. Petition for certification denied. (See 148 *N. J. Super.* 249)

STATE OF NEW JERSEY v. CHARLES HENRY STERN.

July 20, 1977. Petition for certification denied.

PROPOSED CAPE STATE BANK v.
RICHARD F. SCHAUB, COMMISSIONER.

July 20, 1977. Petition for certification denied.

FRANK LA BUE v. LEFFERT LEFFERTS.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH GOFF.

July 20, 1977. Petition for certification denied.

JAMES TOAL v. VERNON FABRICATING CO.

July 20, 1977. Petition for certification denied.